NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAMON BELL,                                )
                                           )
          Appellant,                       )
                                           )
v.                                         )          Case No. 2D17-3925
                                           )
STATE OF FLORIDA,                          )
                                           )
          Appellee.                        )
_____)

Opinion filed January 2, 2019.

Appeal from the Circuit Court for Pinellas
County; Philip Federico, Judge.

Howard L. Dimming, II, Public Defender,
and Brett S. Chase, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Richard L. Polin,
Assistant Attorney General, Miami, for
Appellee.


PER CURIAM.


          Affirmed.


VILLANTI, LUCAS, and SALARIO, JJ., Concur.